| | | |
|---|---|---|
| 26128, 26135, 26136, 26137 | State v. Goings | Affirmed |
| 28656 | State v. Masaoka | Affirmed |
| 28756 | State v. Myklebust | Affirmed |

### December 1, 2008

| | | |
|---|---|---|
| 28512 | State v. Mailo | Affirmed |
| 29052 | State v. Turner | Reversed |